Argued and submitted April 17, affirmed May 23, 2001

STATE OF OREGON,
*Respondent,*

*v.*

JEFFREY ALAN MERLINO,
*Appellant.*

9912-53457; A110461

25 P3d 412

William Uhle argued the cause for appellant. With him on the brief was Thuemmel & Uhle.

David J. Amesbury, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Haselton, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

Affirmed. *State v. Blanchard*, 165 Or App 127, 995 P2d 1200, *rev den* 331 Or 429 (2000).